Date of Arrest: **02/20**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Jose Luis MEDRANO-Luna AKA: None Known 201560263 YOB: 1993 Citizen of: Mexico Defendant | Magistrate Case No. 22-1237MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Removal |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about February 20, 2022, Defendant Jose Luis MEDRANO-Luna, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Ysidro, California on or about July 03, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Will Rubens
JWL for WBR

Signature of Complainant
Michelle Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

February 22, 2022    at    Yuma, Arizona
Date                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Jose Luis MEDRANO-Luna
AKA: None Known
201560263

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 20, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about March 28, 2019. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about July 03, 2019, through the port of San Ysidro, California.

Agents determined that on or about February 17, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Gabriel Fragoza, Christopher Bellezza and Richard Hiller.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Ryan Diener.

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

February 22, 2022
Date

Signature of Judicial Officer